# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: LOHMAN, RICHARD LAWRENCE   § Case No. 13-10936-ABC
§
§
Debtor(s)   §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Glen R. Anstine, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $156,992.00    Assets Exempt: $3,005.75
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,053.81    Claims Discharged
                                              Without Payment: $82,108.75

Total Expenses of Administration: $375.27

   3) Total gross receipts of $   1,429.08   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $1,429.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $184,217.73 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 375.27 | 375.27 | 375.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 74,088.88 | 21,579.18 | 21,579.18 | 1,053.81 |
| **TOTAL DISBURSEMENTS** | $258,306.61 | $21,954.45 | $21,954.45 | $1,429.08 |

    4) This case was originally filed under Chapter 7 on January 24, 2013. The case was pending for 9 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/11/2013          By: /s/Glen R. Anstine
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Estimated Cash | 1129-000 | 1.25 |
| Estimated Checking: 1st Bank (5048) | 1129-000 | 10.00 |
| Estimated Savings: 1st Bank (5021) | 1129-000 | 1.25 |
| Estimated Savings: Credit Union of Denver (1045) | 1129-000 | 1.25 |
| Estimated Wages | 1129-000 | 157.50 |
| 2012 tax refunds | 1224-000 | 1,257.83 |
| **TOTAL GROSS RECEIPTS** | | **$1,429.08** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Credit Union Of Denver | 4110-000 | 10,190.76 | N/A | N/A | 0.00 |
| NOTFILED | Us Bk Mtg | 4110-000 | 174,026.97 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$184,217.73** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Glen R. Anstine | 2100-000 | N/A | 357.27 | 357.27 | 357.27 |
| Glen R. Anstine | 2200-000 | N/A | 8.00 | 8.00 | 8.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $375.27 | $375.27 | $375.27 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions LLC Assignee of | 7100-000 | 4,100.50 | 5,354.71 | 5,354.71 | 261.49 |
| 2 | Atlas Acquisitions LLC Assignee of | 7100-000 | 814.00 | 1,275.91 | 1,275.91 | 62.31 |
| 3 | American InfoSource LP as agent for | 7100-000 | N/A | 7,356.60 | 7,356.60 | 359.26 |
| 4 | Main Street Acquisition Corp., assignee | 7100-000 | 3,374.00 | 3,374.56 | 3,374.56 | 164.80 |
| 5 | eCAST Settlement Corp. Assignee of Capital One, | 7100-000 | 4,217.00 | 4,217.40 | 4,217.40 | 205.95 |
| NOTFILED | Northland Group Inc Citibank ( South Dakota), N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Northstar Capital Acquistion | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FMS Inc Wells Fargo Financial Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Machol & Johannes | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Orthopedic Rehab Products | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| NOTFILED | Lvnv Funding | 7100-000 | 1,122.42 | N/A | N/A | 0.00 |
| NOTFILED | Rose And Associates | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Plotkin & Plotkin, P.C. | 7100-000 | 605.00 | N/A | N/A | 0.00 |
| NOTFILED | Stoneleigh Recovery Associates, LLC HSBC Card | 7100-000 | 8,157.16 | N/A | N/A | 0.00 |
| NOTFILED | Vinci Law Office | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Merchants & Medical Credit Corporation | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | RMS | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Silverman Law Firm HSBC Bank Nevada, N.A. | 7100-000 | 3,367.42 | N/A | N/A | 0.00 |
| NOTFILED | Exempla Lutheran | 7100-000 | 610.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/chase | 7100-000 | 1,294.00 | N/A | N/A | 0.00 |
| NOTFILED | Banfield | 7100-000 | 370.00 | N/A | N/A | 0.00 |
| NOTFILED | Northstar Location Services Frontier Airlines/Barclays | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Barclaysbk | 7100-000 | 5,396.00 | N/A | N/A | 0.00 |
| NOTFILED | Cypress Financial Group, LLC | 7100-000 | 1,461.00 | N/A | N/A | 0.00 |
| NOTFILED | First Source Adv. LLC | 7100-000 | 14,263.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 750.39 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hfc | 7100-000 | 11,892.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 12,118.99 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $74,088.88 | $21,579.18 | $21,579.18 | $1,053.81 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-10936-ABC
**Case Name:** LOHMAN, RICHARD LAWRENCE

**Trustee:** (260280) Glen R. Anstine
**Filed (f) or Converted (c):** 01/24/13 (f)
**§341(a) Meeting Date:** 02/21/13

**Period Ending:** 11/11/13

**Claims Bar Date:** 08/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 370 S Simms Street, Lakewood, CO 80228 | 154,500.00 | 0.00 | | 0.00 | FA |
| 2 | Estimated Cash<br>    cash on hand per Trustee Information Sheet was $5.00 | 5.00 | 1.25 | | 1.25 | FA |
| 3 | Estimated Checking: 1st Bank (5048)<br>    balance per Trustee Information Sheet was $40.00 | 40.00 | 10.00 | | 10.00 | FA |
| 4 | Estimated Savings: 1st Bank (5021)<br>    balance per Trustee Information Sheet was $5.00 | 5.00 | 1.25 | | 1.25 | FA |
| 5 | Estimated Savings: Credit Union of Denver (1045)<br>    balance per Trustee Information Sheet was $5.00 | 10.00 | 1.25 | | 1.25 | FA |
| 6 | Household goods | 572.00 | 0.00 | | 0.00 | FA |
| 7 | CDs, DVDs | 45.00 | 0.00 | | 0.00 | FA |
| 8 | Personal Clothing | 35.00 | 0.00 | | 0.00 | FA |
| 9 | Wedding ring | 40.00 | 0.00 | | 0.00 | FA |
| 10 | 1993 Chevy C1500 276,000 miles, fair condition | 1,800.00 | 0.00 | | 0.00 | FA |
| 11 | Dog | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Estimated Wages<br>    wages per Trustee Information Sheet were $630.00 | 650.00 | 157.50 | | 157.50 | FA |
| 13 | 2012 tax refunds  (u)<br>    federal refund=$1,002.00; state refund=$256.00. The tax returns were joint with non-filing spouse, but the refund of taxes was atttributable to Debtor's withholding only per the W-2 provided.  Mrs. Lohman did not have any taxes withheld as reflected on her W-2 provided. | 1,258.00 | 1,258.00 | | 1,257.83 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$158,960.00** | **$1,429.25** | | **$1,429.08** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 11/11/2013 04:40 PM    V.13.13

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-10936-ABC  **Trustee:** (260280)  Glen R. Anstine
**Case Name:** LOHMAN, RICHARD LAWRENCE  **Filed (f) or Converted (c):** 01/24/13 (f)
**§341(a) Meeting Date:** 02/21/13
**Period Ending:** 11/11/13  **Claims Bar Date:** 08/16/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** March 31, 2014    **Current Projected Date Of Final Report (TFR):** August 27, 2013 (Actual)

Printed: 11/11/2013 04:40 PM    V.13.13

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-10936-ABC  
**Case Name:** LOHMAN, RICHARD LAWRENCE  

**Taxpayer ID #:** \*\*-\*\*\*8776  
**Period Ending:** 11/11/13  

**Trustee:** Glen R. Anstine (260280)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*844966 - Checking Account  
**Blanket Bond:** $84,384,262.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/13 | {13} | United States Treasury | Tax refund 12/12. | 1224-000 | 1,007.95 | | 1,007.95 |
| 07/08/13 | {13} | Richard L Lohman | Payment toward nonexempt property. | 1224-000 | 221.13 | | 1,229.08 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,219.08 |
| 08/22/13 | | Richard L Lohman | Payment for nonexempt property. | | 200.00 | | 1,419.08 |
| | {2} | | cash on hand                             1.25 | 1129-000 | | | 1,419.08 |
| | {3} | | 1st Bank checking                       10.00 | 1129-000 | | | 1,419.08 |
| | {4} | | 1st Bank savings                         1.25 | 1129-000 | | | 1,419.08 |
| | {5} | | Credit Union of Denver              1.25 | 1129-000 | | | 1,419.08 |
| | {12} | | wages                                       157.50 | 1129-000 | | | 1,419.08 |
| | {13} | | tax refunds                                28.75 | 1224-000 | | | 1,419.08 |
| 10/04/13 | 101 | Atlas Acquisitions LLC Assignee of | Dividend paid   4.88% on $5,354.71; Claim #1; filed: $5,354.71; reference: 4374/CITIBANK (SOUTH DAKO; first and final distribution to creditor(s). | 7100-000 | | 261.49 | 1,157.59 |
| 10/04/13 | 102 | Atlas Acquisitions LLC Assignee of | Dividend paid   4.88% on $1,275.91; Claim #2; filed: $1,275.91; reference: 9932/WELLS FARGO BANK, NA; first and final distribution to creditor(s). | 7100-000 | | 62.31 | 1,095.28 |
| 10/04/13 | 103 | American InfoSource LP as agent for | Dividend paid   4.88% on $7,356.60; Claim #3; filed: $7,356.60; reference: 4622/HSBC BANK NEVADA, NA; first and final distribution to creditor(s). | 7100-000 | | 359.26 | 736.02 |
| 10/04/13 | 104 | Main Street Acquisition Corp., assignee | Dividend paid   4.88% on $3,374.56; Claim #4; filed: $3,374.56; reference: 6703/BEST BUY GOLD MC; first and final distribution to creditor(s). | 7100-000 | | 164.80 | 571.22 |
| 10/04/13 | 105 | eCAST Settlement Corp. Assignee of Capital One, N.A. | Dividend paid   4.88% on $4,217.40; Claim #5; filed: $4,217.40; reference: 9463/FURNITURE ROW; first and final distribution to creditor(s). | 7100-000 | | 205.95 | 365.27 |
| 10/04/13 | 106 | Glen R. Anstine | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 365.27 | 0.00 |
| | | | Dividend paid 100.00%            357.27<br>on $357.27;  Claim# A;<br>Filed: $357.27 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%                8.00<br>on $8.00;  Claim# B;<br>Filed: $8.00 | 2200-000 | | | 0.00 |

Subtotals :     $1,429.08     $1,429.08

{} Asset reference(s)

Printed: 11/11/2013 04:40 PM     V.13.13

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-10936-ABC  
**Case Name:** LOHMAN, RICHARD LAWRENCE  

**Taxpayer ID #:** **-***8776  
**Period Ending:** 11/11/13  

**Trustee:** Glen R. Anstine (260280)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****844966 - Checking Account  
**Blanket Bond:** $84,384,262.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,429.08 | 1,429.08 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,429.08 | 1,429.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,429.08** | **$1,429.08** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****844966** | 1,429.08 | 1,429.08 | 0.00 |
| | $1,429.08 | $1,429.08 | $0.00 |

{} Asset reference(s)  

Printed: 11/11/2013 04:40 PM   V.13.13